DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

NICKELS v. NICKELS

No. 204 PC.

Case below: 51 N.C. App. 690.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.

O'NEAL v. WATKINS

No. 242 PC.

Case below: 52 N.C. App. 164.

Petition by defendants for discretionary review under G.S. 7A-31 denied 17 August 1981. Motion of plaintiffs to dismiss appeal for lack of substantial constitutional question allowed 17 August 1981.

PALLET CO. v. WOOD

No. 207 PC.

Case below: 51 N.C. App. 702.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 17 August 1981.

PARDUE v. PARDUE

No. 206 PC.

No. 100 (Fall Term).

Case below: 52 N.C. App. 164.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 17 August 1981.

REYNOLDS v. REYNOLDS

No. 210 PC.

Case below: 51 N.C. App. 711.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.